**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
Pamela E. Prescott, Esq. (SBN: 328243)
pamela@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**PARKER COLE, P.C.**
Michael R. Parker (SBN: 271242)
michael@parkercolelaw.com
Kevin Cole (SBN: 321555)
kevin@parkercolelaw.com
6700 Fallbrook Ave., Suite 207
West Hills, California 91307
Telephone: (818) 292-8800
Facsimile: (818 292-8337

*Attorneys for Plaintiff,*
Shawn Roofian

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN ROOFIAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CARDENAS MARKETING NETWORK, INC.; and DOES 1 to 10,<br><br>Defendant(s). | Case No.: 2:20-cv-01592-FMO-MAA<br><br>**NOTICE OF SETTLEMENT** |

**TO THE HONORABLE COURT, TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that this action has settled. Plaintiff respectfully requests that this Honorable Court vacate any pending pretrial deadlines previously set in the Scheduling and Case Management Order (ECF No. 19) as well as the Court's Minute Order Re: Notice of Settlement and Requirements Re: Preliminary Approval (ECF No. 36) and allow the parties thirty (30) days to file a Stipulation for Dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the putative class members.[1] This Court shall retain jurisdiction over this matter until fully resolved.

Date: January 26, 2021            **KAZEROUNI LAW GROUP, APC**

By: /s/ *Mona Amini*
ABBAS KAZEROUNIAN, ESQ.
MONA AMINI, ESQ.
PAMELA E. PRESCOTT, ESQ.
*Attorneys for Plaintiff*

---

[1] There has been no motion for class certification filed in this action, thus no class has been certified, and it is not necessary to provide notice to the absent putative class members. *See* Judge Virginia A. Phillips, *et al.*, Federal Civil Procedure Before Trial, Calif. & 9th Cir. Editions § 10:790 (The Rutter Group 2020) ("There is no requirement of judicial approval for precertification dispositions. The reason is that absent class members generally have no notice of uncertified class actions and therefore cannot be bound or deemed to have relied thereon.") (citing Adv. Comm. Notes to 2003 Amendments to FRCP 23)

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Kazerouni Law Group, APC, 245 Fischer Avenue, Unit D1, Costa Mesa, CA 92626. On January 26, 2021, I served the within document(s):

- **NOTICE OF SETTLEMENT**

☒    CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on January 26, 2021, at Costa Mesa, California.

/s/ Mona Amini
MONA AMINI, ESQ.