JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN ROOFIAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CARDENAS MARKETING NETWORK, INC.,<br><br>Defendant. | Case No. CV 20-1592 FMO (MAAx)<br><br>**ORDER DISMISSING ACTION** |

    The complaint in the above-captioned case contains individual and class allegations, but no class has been certified.  The court has been informed that the parties have settled plaintiff's individual claims, and that dismissal will be with prejudice as to the individual claims and without prejudice as to the class claims.  (See Dkt. 37, Notice of Settlement).

    Having reviewed the case file and determined that no prejudice to the putative class will result from the dismissal, IT IS ORDERED that the above-captioned action is hereby **dismissed** with prejudice as to plaintiff and without prejudice to the putative class.  The dismissal shall be without costs and plaintiff shall retain the right, upon good cause shown within **30 days from the filing date of this Order,** to re-open the action if settlement is not consummated.  The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.  Dated this 27th day of January, 2021.

/s/
Fernando M. Olguin
United States District Judge